# Notice Recipients

District/Off: 0315−2          User: jhel          Date Created: 6/13/2011
Case: 11−21951−JAD          Form ID: 149          Total: 49

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
cr          AmeriCredit Financial Services
                                                                                                                TOTAL: 1

**Recipients of Notice of Electronic Filing:**
ust         Office of the United States Trustee          ustpregion03.pi.ecf@usdoj.gov
tr          Ronda J. Winnecour          cmecf@chapter13trusteewdpa.com
aty         Kenneth Steidl          julie.steidl@steidl−steinberg.com
                                                                                                                TOTAL: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db          George W. McCreight          5 Hillman Avenue          Burgettstown, PA 15021
jdb         Darras A. McCreight          5 Hillman Avenue          Burgettstown, PA 15021
cr          Recovery Management Systems Corporation          25 S.E. Second Avenue          Suite 1120          Miami, FL 33131−1605
13018254    Allegheny General Hospital          320 East North Avenue          Pittsburgh, PA 15212
13018255    Amandeep S. Purewal LLC          485 Colliers Way          Suite B          Weirton, WV 26062
13038640    AmeriCredit Financial Services, Inc          PO BOX 183853          Arlington, TX 76096
13018256    Americredit Finance          PO Box 181145          Arlington, TX 76096
13069506    BACK BOWL I LLC          C O WEINSTEIN AND RILEY, PS          2001 WESTERN AVENUE, STE 400          SEATTLE, WA 98121 SEATTLE, WA 98121
13069507    BACK BOWL I LLC          C O WEINSTEIN AND RILEY, PS          2001 WESTERN AVENUE, STE 400          SEATTLE, WA 98121 SEATTLE, WA 98121
13018257    Butler Memorial Hospital          One Hospital Way          Butler, PA 16001
13018258    Butler Pathology Services          Suite 004, PO Box 1549          Butler, PA 16003
13018259    Capital Management Services          726 Exchange Street, Suite 700          Buffalo, NY 14210
13048935    Capital One Bank (USA), N.A.          by American InfoSource LP as agent          PO Box 71083          Charlotte, NC 28272−1083
13018260    George M. Roig Inc.          Dept. 1014, P.O. Box 145200          Cincinnati, OH 45250
13018261    Chase Bank USA NA          PO Box 15298          Wilmington, DE 19850
13060980    Chase Bank USA, N.A.          PO Box 15145          Wilmington, DE 19850−5145
13018262    Collection Service Center          839 5th Avenue          New Kensington, PA 15068
13018265    DSNB/Macy's          PO Box 8218          Mason, OH 45040
13034342    Department Stores National Bank/Macy's          Bankruptcy Processing          PO Box 8053          Mason, OH 45040
13031680    Discover Bank          DB Servicing Corporation          PO Box 3025          New Albany, OH 43054−3025
13018263    Discover Financial Services LLC          P.O. Box 15316          Wilmington, DE 19850−5316
13018264    Discover Financial Services LLC          P.O. Box 15316          Wilmington, DE 19850−5316
13018266    Full Service Network          600 Grant Street, 30th Floor          Pittsburgh, PA 15219
13018267    HFC          P.O. Box 4153−K          Carol Stream, IL 60197
13069831    HFC          PO Box 10490          Virginia Beach, VA 23450
13018268    JC Penney          c/o GE Money Bank          PO Box 965007          Orlando, FL 32896
13018269    Joanne C. Lombardo          Smith Township Tax Collector          Box 142, 15 Baird Avenue          Slovan, PA 15078
13018270    Lane Bryant Retail          450 Winks Lane          Bensalem, PA 19020
13018271    Lowe's          c/o GE Money Bank          PO Box 965005          Orlando, FL 32896
13018272    Myriad Genetic Laboratories Inc.          320 Wakara Way          Salt Lake City, UT 84108
13018273    Ohio Valley Asthma &Allergy          PO Box 3157          Wheeling, WV 26003−0273
13018274    PNC Bank          2730 Liberty Avenue          Pittsburgh, PA 15222−4746
13068457    PNC Mortgage,          a division of PNC Bank,          National Association          3232 NEWMARK DRIVE          MIAMISBURG, OH 45342
13018275    QVC          c/o GE Money Bank          PO Box 965018          Orlando, FL 32896
13030441    Recovery Management Systems Corporation          25 S.E. 2nd Avenue, Suite 1120          Miami, FL 33131−1605
13018276    Ritz Camera          c/o GE Money Bank          PO Box 981439          El Paso, TX 79998
13018277    Sears          c/o CitiBank          PO Box 6241          Sioux Falls, SD 57117
13018278    Southern Lady          PO Box 8460          Red Oak, IA 51591−1460
13018279    Target Corporation          P.O. Box 673          Minneapolis, MN 55440
13018280    Three Rivers Endoscopy Center          725 Cherrington Parkway #101          Moon Township, PA 15108
13018281    Tri State Sleep Clinic          3710 Pennsylvania Avenue, Suite B          Weirton, WV 26062−4129
13018282    Udren Law Offices, P.C.          Woodcrest Corporate Center          111 Woodcrest Road          Suite 200          Cherry Hill, NJ 08003−3620
13018283    Weirton Medical Center          601 Colliers Way          Weirton, WV 26062−5014
13018284    Weirton Pathology Associates          PO Box 8660          Saint Louis, MO 63126−0660
13075596    World Financial Network National Bank          Quantum3 Group LLC          PO Box 788          Kirkland, WA 98083−0788
                                                                                                                TOTAL: 45