DEFAULT O/E - JAD

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

DARRAS A. MCCREIGHT AND
GEORGE W. MCCREIGHT,

        Debtors.

AMERICREDIT FINANCIAL SERVICES, INC.
DBA GM FINANCIAL,

        Movant

v.

DARRAS A. MCCREIGHT AND
GEORGE W. MCCREIGHT,

        Respondents

Case No. 11-21951-JAD

Chapter 13

Related Document No.
Hearing Date: June 5, 2013
Hearing Time: 9:00 AM
Objection Date: May 10, 2013

DOC. # 47

**ORDER GRANTING RELIEF FROM AUTOMATIC STAY
PURSUANT TO 11 U.S.C. §362(d)(1)**

    Creditor, AmeriCredit Financial Services, Inc. dba GM Financial, having moved for an Order, pursuant to 11 U.S.C. §362(d)(1), authorizing relief from automatic stay, herein,

    UPON the Motion for Relief from Automatic Stay, pursuant to 11 U.S.C. §362(d)(1), dated April 22, 2013, together with the exhibits annexed thereto and due proof of service thereof, and upon all pleadings and proceedings heretofore had herein, and no opposition having been interposed, and due deliberation having been had thereon and good and sufficient cause appearing,

    NOW, on Motion of AmeriCredit Financial Services, Inc. dba GM Financial, by its counsel, Deily, Mooney & Glastetter, LLP, it is hereby

    ORDERED, that pursuant to 11 U.S.C. §362(d)(1) that the Motion of creditor, AmeriCredit Financial Services, Inc. dba GM Financial, for Relief from Automatic Stay is granted; and it is further

ORDERED, that the automatic stay instituted upon the filing of the petition for an Order for relief by the debtors is terminated in that it shall not apply to any action by creditor, AmeriCredit Financial Services, Inc. dba GM Financial, to pursue insurance monies of its collateral in accordance with applicable law; namely, one (1) 2005 Mercury Mariner (V.I.N. 4M2YU57145DJ01149); and it is further

ORDERED, that AmeriCredit Financial Services, Inc. dba GM Financial shall provide notice of any surplus to the Trustee promptly after the collateral is disposed of.

DATED:    Pittsburgh, Pennsylvania
April ___, 2013

May 23, 2013

_____
Hon. Jeffery A. Deller
United States Bankruptcy Judge
Western District of Pennsylvania

In the event that any order is entered in this case granting relief from the automatic stay to a secured creditor, then the Trustee shall make no further disbursements to any creditor on account of any secured claim that is secured by the subject property, unless directed otherwise by further Order of Court.

**FILED**

MAY 2 3 2013

CLERK, U.S. BANKRUPTCY COURT
WEST. DIST. OF PENNSYLVANIA