IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
| ) | |
| George W. McCreight ) | |
| Darras A. McCreight, ) | Case No. 11-21951 JAD |
| (Debtors) ) | Chapter 13 |
| ) | Related to Claim No. 8 |
| PMC Mortgage, a division of PNC Bank, ) | |
| (Movant) ) | |
| ) | |
| vs. ) | |
| ) | |
| George W. McCreight ) | |
| Darras A. McCreight and ) | |
| Ronda Winnecour, Trustee, ) | |
| (Respondents) ) | |

## DECLARATION THAT NO AMENDED PLAN IS NECESSARY

AND NOW, comes the debtors, George and Darras McCreight, by and through their attorney Kenneth Steidl, and Steidl and Steinberg, and respectfully represents as follows:

1. The debtors and their attorney have received notice that the regular monthly mortgage payment has been decreased slightly to the sum of $577.68 per month.

2. The plan is adequately funded and therefore no amended plan is necessary at this time. The new post petition regular monthly mortgage payment will be the sum of $577.68, payable to PMC Mortgage, a division of PNC Bank effective February 1, 2014 per the escrow notice dated December 12, 2013.

Respectfully submitted,

December 20, 2013
DATE

**/s/ Kenneth Steidl**
Kenneth Steidl, Esquire
Attorney for the Debtors
STEIDL & STEINBERG PC
Suite 2830 – Gulf Tower
707 Grant Street
Pittsburgh, PA  15219
(412) 391-8000
PA I. D. No.  34965
Ken.Steidl@steidl-steinberg.com