**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>GEORGE W. MCCREIGHT<br>DARRAS A. MCCREIGHT | Case No. 11-21951JAD |
| Debtor(s)<br>RONDA J. WINNECOUR,<br>Standing Chapter 13 Trustee, | Chapter 13 |
| Movant<br>vs.<br>BENEFICIAL/HOUSEHOLD**<br>++<br>Respondents | Document No __ |

## NOTICE OF FUNDS ON RESERVE

The Movant, Ronda J. Winnecour, Chapter 13 Standing Trustee, gives notice to the above named Respondent that she has placed the Respondent-creditor's claim (identified below) on reserve, pursuant to W. PA. LBR 3002-3(f)(2), for the following reason:

THE CREDITOR'S MAILING ADDRESS HAS BECOME DEFUNCT ACCORDING TO THE POSTAL SERVICE.  NO CHANGE OF ADDRESS HAS BEEN RECEIVED.

| | |
|---|---|
| BENEFICIAL/HOUSEHOLD** ++<br>RECOVERY SERVICES<br>POB 10640*<br>VIRGINIA BEACH, VA 23450-0640 | Court claim# 11/Trustee CID# 3 |

The Movant further certifies that on 06/19/2015 , copies of this notice were served on the parties required to be served pursuant to W.PA.LBR 3002-3(g).

|  |  |
|---|---|
| | /s/ Ronda J. Winnecour<br>RONDA J WINNECOUR PA ID #30399<br>CHAPTER 13 TRUSTEE WD PA<br>600 GRANT STREET |
| cc: debtor(s)<br>   original creditor<br>   putative creditor<br>   counsel for debtor(s)<br>   counsel for the creditor(s) (if known) | SUITE 3250 US STEEL TWR<br>PITTSBURGH, PA  15219<br>(412) 471-5566<br>cmecf@chapter13trusteewdpa.com |

| | |
|---|---|
| DEBTOR(S):<br>GEORGE W. MCCREIGHT, DARRAS A. MCCREIGHT, 5 HILLMAN AVENUE, BURGETTSTOWN, PA  15021 | DEBTOR'S COUNSEL:<br>KENNETH STEIDL ESQ, STEIDL & STEINBERG, 707 GRANT ST STE 2830, PITTSBURGH, PA  15219 |
| ORIGINAL CREDITOR:<br>BENEFICIAL/HOUSEHOLD** ++, RECOVERY SERVICES, POB 10640*, VIRGINIA BEACH, VA  23450-0640 | :<br>BENEFICIAL CDC/HOUSEHOLD (RE) *, ATTN REAL ESTATE PMT PROCESSING, 636 GRAND REGENCY BLVD, BRANDON, FL  33510 |
| NEW CREDITOR: | |